IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────────

No. 24-1809
(5:23-cv-00501-D-KS)

───────────────────

JOHN JEROME PALCZUK; KAREN ELIZABETH PALCZUK

    Plaintiffs - Appellees

v.

STEVEN CONWAY; LORI CONWAY,

    Defendants – Appellants

and

LORCON, LLC #1; LORCON, LLC #4

    Defendants

───────────────────

**MOTION TO WITHDRAW AS COUNSEL TO APPELLANTS**

───────────────────

    NOW COMES Richard P. Cook with Richard P. Cook, PLLC and hereby files this motion to withdraw as counsel for Steven and Lori Conway in the above captioned appeal, and respectfully shows unto the Court as follows:

    1.    Irreconcilable differences have arisen between the Appellants and the undersigned regarding the proper prosecution of

this appeal. This request for withdrawal is appropriate under N.C. Rules of Professional Conduct Rule 1.16(b)(4).

2. Pursuant to Local Rule 46(c), the undersigned has notified the Appellants of his decision to withdraw as counsel in this appeal.

3. No party will be prejudiced by the withdrawal of the undersigned.

4. The undersigned has made the Appellants aware of the current briefing deadline for their reply brief and will be filing a motion to extend their deadline to file their reply brief so that they may seek replacement counsel.

5. Richard P. Cook and Richard P. Cook, PLLC respectfully request that the Court enter an order removing the undersigned as counsel for the Appellants, and for such other and further relief the Court deems just and proper.

This 2nd day of May, 2025.

/s/ Richard P. Cook
Richard P. Cook
RICHARD P. COOK, PLLC
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
(910) 399-3458
Richard@capefeardebtrelief.com
N.C. State Bar No. 37614
*Counsel for Appellants*

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing Motion complies with the type-volume limitation of Fed. R. App. P. Rule 27(d)(2)(A) because this motion contains 428 words; and,

I certify that the foregoing Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook.

# CERTIFICATE OF SERVICE

I certify that on May 2, 2025 the foregoing document was served on all parties or their counsel of record through the CM/ECF system, or via U.S. first class mail:

William P. Janvier (via CM/ECF)
Kathleen O'Malley
*Counsel for Appellees*

Steven and Lori Conway (via U.S. first class mail)
2118 Lakeview Court
Washington, MO 63090

/s/ Richard P. Cook
Richard P. Cook
RICHARD P. COOK, PLLC
7036 Wrightsville Ave, Suite 101
Wilmington, NC 28403
(910) 399-3458
Richard@capefeardebtrelief.com
N.C. State Bar No. 37614
*Counsel for Appellants*